# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C. and NAGRASTAR LLC, | ) ) ) Civil Case No. 8:18-cv-01083-MSS-AEP |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| JULIE BISHOP and A-BOX TV LLC, individually and collectively d/b/a www.a-boxtv.com , | ) ) ) ) ) |
| Defendants. | ) ) / |

### Stipulation for Entry of Final Judgment and Permanent Injunction

This stipulation is filed jointly by Plaintiffs DISH Network L.L.C. and NagraStar LLC (together, "DISH") and Defendant Julie Bishop ("Defendant"). The parties request that the Court enter a final judgment and permanent injunction against Defendant Bishop. [1]

**I.      NATURE OF THE CASE**

DISH brought this action claiming that Defendant trafficked in subscriptions and devices to a pirate streaming television service called "SET TV", which includes numerous television channels that were received without authorization from DISH's satellite service and were subsequently retransmitted without authorization on the SET TV service. DISH asserted that Defendant engaged in or worked in concert or participation with other persons that are receiving DISH's channels for retransmission on the Service without authorization.

---

[1] Defendant A-Box TV, LLC previously defaulted in this action.  (Dkt. 15). Defendant A-Box TV, LLC was Defendant Bishop's company which she has since dissolved.  Plaintiffs DISH Network and NagraStar, along with the only remaining Defendant Bishop, are filing concurrently herewith a stipulation to dismiss all claims against Defendant A-Box TV, LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) so that the Court can enter the Stipulated Final Judgment and Permanent Injunction sought herein.

1

**II.     RELIEF REQUESTED**

The parties entered into a settlement of the claims in this case. As part of that settlement, the parties agreed to the Court's entry of the final judgment and permanent injunction filed concurrently with this stipulation on Counts I and II alleging violations of the Federal Communications Act, 47 U.S.C. § 605(a) and (e)(4). The parties also agree that damages should be awarded to DISH in the amount of two million dollars ($2,000,000) which represents $10,000 for each of Defendant's violations of Count II of the complaint. 47 U.S.C. § 605(e)(3)(C)(ii). In addition, the parties agree to the entry of a permanent injunction, which is authorized pursuant to Counts I-II. *See* 47 U.S.C. § 605(e)(3)(B)(i). A proposed final judgment and permanent injunction has been submitted.

Dated: May 21, 2019.                                Respectfully submitted,

 /s/ James A. Boatman, Jr.
James A. Boatman, Jr.
jab@boatman-law.com
Florida Bar No. 0130184
**THE BOATMAN LAW FIRM PA**
3021 Airport-Pulling Road North, Suite 202
Naples, FL 34105
Telephone: (239) 330-1494

Attorneys for Plaintiffs DISH Network
L.L.C. and NagraStar LLC

Julie Bishop
Aboxtv2014@gmail.com
3511 Cockatoo Dr.
New Port Richey, FL 34652
(727) 831-4051

Defendant, *pro se*

## II.     RELIEF REQUESTED

The parties entered into a settlement of the claims in this case. As part of that settlement, the parties agreed to the Court's entry of the final judgment and permanent injunction filed concurrently with this stipulation on Counts I and II alleging violations of the Federal Communications Act, 47 U.S.C. § 605(a) and (e)(4). The parties also agree that damages should be awarded to DISH in the amount of two million dollars ($2,000,000) which represents $10,000 for each of Defendant's violations of Count II of the complaint. 47 U.S.C. § 605(e)(3)(C)(ii). In addition, the parties agree to the entry of a permanent injunction, which is authorized pursuant to Counts I-II.  See 47 U.S.C. § 605(e)(3)(B)(i).  A proposed final judgment and permanent injunction has been submitted.

Dated: May 9, 2019

Respectfully submitted,

/s/ James A. Boatman, Jr.
James A. Boatman, Jr.
jab@boatman-law.com
Florida Bar No. 0130184
**THE BOATMAN LAW FIRM PA**
3021 Airport-Pulling Road North, Suite 202
Naples, FL 34105
Telephone: (239) 330-1494
Facsimile: (239) 236-0376

Attorneys for Plaintiffs DISH Network
L.L.C. and NagraStar LLC

Julie Bishop
Aboxtv2014@gmail.com
3511 Cockatoo Dr.
New Port Richey, FL 34652
(727) 831-4051

Defendant, *pro se*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 21, 2019, I electronically filed the foregoing with the Clerk of the Court. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant:

Julie Bishop
3511 Cockatoo Dr.
New Port Richey, Florida 34652

                                      s/ James A. Boatman, Jr.
                                      James A. Boatman, Jr.
                                      Florida Bar No. 0130184
                                      THE BOATMAN LAW FIRM PA
                                      3021 Airport-Pulling Road North, Suite 202
                                      Naples, Florida 34105
                                      Telephone: (239) 330-1494
                                      Email: jab@boatman-law.com