**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**DISH NETWORK L.L.C. and
NAGRASTAR LLC,**

  Plaintiffs,

v.                 Case No: 8:18-cv-1083-T-35AEP

**JULIE BISHOP and A-BOX TV LLC,**
**individually and collectively,**

  Defendants.

## ORDER ENTERING FINAL JUDGMENT AND PERMANENT INJUNCTION

**THIS CAUSE** comes before the Court for consideration of the Parties' Stipulation for Entry of Final Judgment and Permanent Injunction. (Dkt. 26) In the Stipulation, the Parties indicate that they have reached an agreement to settle their claims, and request that the Court enter their stipulated Final Judgment and Permanent Injunction. (Id.)

Upon consideration and review, the Court approves the Parties' Stipulation for Entry of Final Judgment and Permanent Injunction. Notwithstanding any language contained in the stipulated Final Judgment and Permanent Injunction, this Order is entered on the **STIPULATION** of the Parties, not based on any independent review or findings by the Court other than as to venue and jurisdiction. More specifically and pursuant to Federal Rule of Civil Procedure 65(d)(1)(A) and the Parties' stipulation, this Order is entered to fully resolve the issues raised by this case as between Plaintiffs and Defendant Julie Bishop.[1]

---

[1] This Order does not address the claims asserted against Defendant A-Box TV LLC because those claims have been dismissed with prejudice pursuant to the Parties' Joint Stipulation of Dismissal of Defendant A-Box TV LLC. (Dkt. 25)

Accordingly, it is hereby **ORDERED** that:

1. The Parties' Stipulation for Entry of Final Judgment and Permanent Injunction, (Dkt. 26), is **APPROVED.** The Final Judgment and Permanent Injunction, (Dkt. 26-1), attached as an Exhibit hereto and incorporated by reference herein, is **ENTERED** by the Court.

2. The Clerk is directed to **TERMINATE** any pending motions as moot and **CLOSE** this case.

3. The Clerk is **DIRECTED** to mail a copy of this Order along with the Final Judgment and Permanent Injunction attached hereto to Defendant Julie Bishop at the following address:

> Julie Bishop
> 3511 Cockatoo Dr.
> New Port Richey, Florida 34652

**DONE and ORDERED** in Tampa, Florida this 6th day of June, 2019.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party