**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DISH NETWORK L.L.C. and**
**NAGRASTAR LLC,**

    **Plaintiffs,**

**v.**                                                                        Case No: 8:18-cv-1083-T-35AEP

**JULIE BISHOP and A-BOX TV LLC,**
**individually and collectively,**

    **Defendants.**

---

## FINAL JUDGMENT AND PERMANENT INJUNCTION

Having considered the Parties' Stipulation for Entry of Final Judgment and Permanent Injunction, and good cause appearing, the Court approves the stipulation and orders as follows:

1. Judgment is entered for Plaintiffs DISH Network L.L.C. and NagraStar LLC (collectively, "DISH") and against Defendant Julie Bishop ("Defendant") on Counts I and II alleging violations of the Federal Communications Act, 47 U.S.C. § 605(a) and (e)(4).

2. Defendant and any person or entity acting in active concert or participation with Defendant that receives actual notice of this Order are hereby permanently enjoined from:

    1) redistributing or retransmitting any DISH satellite signal or over-the-top ("OTT") signal, or assisting others in receiving, intercepting, or decrypting any DISH satellite signal or OTT signal;

    2) distributing, copying, reproducing, performing, hosting, streaming, or displaying any video programming to which DISH or its affiliates own,

- 2 -

      license or control broadcast, distribution, reproduction, or public performance rights (the "Protected Content");

3) manufacturing, assembling, modifying, importing, exporting, selling, or otherwise distributing any device, software code, software program, service or application that is intended for receiving or assisting in receiving DISH satellite signals, DISH OTT signals, or the Protected Content; and

4) advertising, marketing, or promoting the unauthorized reception of the DISH satellite signals, OTT signals, or the Protected Content.

4. This permanent injunction takes effect immediately.

5. Defendant, Julie Bishop, shall pay damages to DISH in the amount of two million dollars ($2,000,000), which represents ten thousand dollars ($10,000) per violation of 47 U.S.C. § 605(e)(4). *See* 47 U.S.C. § 605(e)(3)(C)(ii).

6. Each party is to bear its own attorney's fees and costs.

7. The Court retains jurisdiction over this action for a period of two years for the purpose of enforcing this final judgment and permanent injunction.

**DONE and ORDERED** in Tampa, Florida this 6th day of June 2019.

                                                          MARY S. SCRIVEN  
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:  
Counsel of Record  
Any Unrepresented Party